# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: William D. Smith                                     CHAPTER 13
         Chirstina M Smith aka Christie M. Smith

                                          BKY. NO. 19-23462 GLT

                         Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                 Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Jan 2024, 14:19:58, EST

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com