IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William D. Smith and Christina M. Smith, | ) | Bankruptcy No. 19-23462 GLT |
|     Debtors | ) | Chapter 13 |
| | ) | Related to Document No(s). 147-148 |
| William D. Smith and Christina M. Smith, | ) | |
|     Movants | ) | Hearing Date and Time: |
| | ) | March 13, 2025 at 9:00AM |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. | ) | |
| Winnecour, Trustee, Dept. of Revenue, | ) | |
| American Express/Macy's, Best Buy, | ) | |
| Conventional/FHA/VA/RHS: NationStar | ) | |
| Mortgage/Mr. Cooper, Capital One, Citi Card, | ) | |
| CitiBank, Comenity Bank/Lane Bryant, | ) | |
| Credit One, Dept. Stores National Bank, Dept. | ) | |
| of Edu., Discover, Discover Financial, First | ) | |
| National Bank of Omaha, First National Bank | ) | |
| of PA, Ford Credit, Home Depot, Jefferson | ) | |
| Capital Systems, Kohl's/Capital One, LVNV | ) | |
| Funding, Levin, Lowes, NTB Credit Plan, Old | ) | |
| Navy, PRA Receivables Management, Paypal, | ) | |
| Peoples Natural Gas, Portfolio Recovery | ) | |
| Assoc., Sears CBNA, Synchrony Bank, | ) | |
| Toyota Financial Services, Verizon, | ) | |
|     Respondent(s) | ) | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR
COMPENSATION BY COUNSEL FOR DEBTORS</u>**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation by Counsel for Debtors filed on January 23, 2025 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation by Counsel for Debtors appears thereon.  Pursuant to the Notice of Hearing, objections for Application for Compensation by Counsel for Debtors were to be filed and served no later than February 1, 2025.

      It is hereby respectfully requested that the Order attached to the Application for Compensation by Counsel for Debtors be entered by the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| <u>February 11, 2025</u><br>Date: | <u>/s/Lauren M. Lamb</u><br>Lauren M. Lamb, Esquire<br>Attorney for the Debtor<br>STEIDL & STEINBERG<br>436 Seventh Avenue<br>Suite 322, Koppers Building<br>Pittsburgh, PA 15219<br>(412) 391-8000<br>PA I. D. No. 209201<br>llamb@steidl-steinberg.com |