FILED
2/11/25 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| William Smith ) | Case No. 19-23462 GLT |
| Christina Smith ) | |
|     Debtor ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
| vs. ) | |
| ) | Related to Docket No. 147 |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Dept. of Revenue, American Express/Macy's, ) | |
| Best Buy, Conventional/FHA/VA/RHS: NationStar ) | |
| Mortgage/Mr. Cooper, Capital One, Citi Card, CitiBank, ) | |
| Comenity Bank/Lane Bryant, Credit One, Dept. Stores ) | |
| National Bank, Dept. of Edu., Discover, Discover ) | |
| Financial, First National Bank of Omaha, First National ) | |
| Bank of PA, Ford Credit, Home Depot, Jefferson Capital ) | |
| Systems, Kohl's/Capital One, LVNV Funding, Levin, ) | |
| Lowes, NTB Credit Plan, Old Navy, PRA Receivables ) | |
| Management, Paypal, Peoples Natural Gas, Portfolio ) | |
| Recovery Assoc., Sears CBNA, Synchrony Bank, ) | |
| Toyota Financial Services, Verizon ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this __ 11th Day of February __, 2025, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $8,310.00 for work performed in the Chapter 13 case by Debtors' counsel from June 6, 2019, to January 23, 2025.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

fees in this case for Debtor's counsel is $12,310.00, with the total to be paid through the Plan by the Trustee being up to $11,710.00 (representing the $3,400.00 previously approved to be paid (as set forth above), $5,000.00 provided for as part of the most recently entered confirmation order, and a remaining amount up to $3,310.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $3,310.00.

FURTHER ORDERED:

Hon. Gregory drb Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-23462-GLT
William D. Smith  Chapter 13
Christina M. Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Feb 11, 2025      Form ID: pdf900      Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Smith, Christina M. Smith, 14 High Point Circle, Harrison City, PA 15636-1314 |
| cr | + | CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15116116 | | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15116117 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15116133 | | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:28:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:28:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 12 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15116102 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:29:24 | American Express Macys, PO Box 78008, Phoenix, AZ 85062-8008 |
| 15133404 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:29:08 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 15133405 | + | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:28:30 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15116103 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:40:33 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133411 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2025 00:28:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116104 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2025 00:29:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2025 00:27:48 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15135800 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2025 00:28:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15146343 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:27:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15116108 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 15153330 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:28:31 | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| | | Feb 12 2025 00:29:11 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15133422 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15133421 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15116114 | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2025 00:28:31 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133428 | Email/Text: mrdiscen@discover.com | Feb 12 2025 00:20:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15133427 | Email/Text: mrdiscen@discover.com | Feb 12 2025 00:20:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15153571 | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2025 00:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15120577 | Email/Text: mrdiscen@discover.com | Feb 12 2025 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15116120 | Email/Text: collecadminbankruptcy@fnni.com | Feb 12 2025 00:21:00 | FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15125693 | Email/Text: collecadminbankruptcy@fnni.com | Feb 12 2025 00:21:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138764 | Email/Text: EBNBKNOT@ford.com | Feb 12 2025 00:22:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 15133431 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 12 2025 00:21:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15116119 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 12 2025 00:21:00 | First National Bank, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116118 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 12 2025 00:21:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116121 | Email/Text: EBNBKNOT@ford.com | Feb 12 2025 00:22:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15116122 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:29:10 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15151085 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2025 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15116123 | Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2025 00:20:00 | Kohl, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15133437 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2025 00:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15133436 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2025 00:20:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15149425 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:27:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15116124 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 15116125 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:28:33 | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15116126 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:53:49 | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15133440 | + Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 19-23462-GLT   Doc 151   Filed 02/13/25   Entered 02/14/25 00:29:53   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 12 2025 00:21:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15116128 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:27:57 | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15116127 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Nation Star Mortgage, c/o Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15136626 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15116130 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:27:40 | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:29:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15153811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:27:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15116131 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:27:41 | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15152209 | ^ | MEBN | Feb 12 2025 00:06:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15116404 | ^ | MEBN | Feb 12 2025 00:06:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15133448 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2025 00:21:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15133447 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2025 00:21:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15136961 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 12 2025 00:21:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15116134 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2025 00:21:00 | Toytota Financial Serivces, PO Box 5855, Carol Stream, IL 60197-5855 |
| 15146013 | | Email/PDF: ebn_ais@aisinfo.com | Feb 12 2025 00:27:48 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Toyota Motor Credit Corporation |
| 15133406 | * | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133412 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133413 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133414 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116105 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116106 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116107 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133408 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133409 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133410 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15116109 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116110 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116111 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116112 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| | | |
|---|---|---|
| 15116113 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133415 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133416 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133417 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133418 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133419 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133420 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116115 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133423 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133424 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133425 | * | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15133426 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15133433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15133432 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15133429 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133430 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133434 | * | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15133435 | * | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15133438 | * | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15133439 | * | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15116129 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133441 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133442 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133443 | * | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509030 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15116132 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133444 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133445 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133446 | * | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 3 Undeliverable, 43 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 13, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

**Name** — **Email Address**

Brent J. Lemon
on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com

Christopher A. DeNardo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Denise Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com

Keri P. Ebeck

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 57 |

    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Lauren M. Lamb
    on behalf of Joint Debtor Christina M. Smith
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor William D. Smith
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper
    matthew.fissel@brockandscott.com  wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 13