Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William D. Smith** | : | Case No. 19−23462−GLT |
| **Christina M. Smith** | : | Chapter: 13 |
| **aka Christie M. Smith** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 152 |
| | : | |
| v. | : | Hearing Date: 4/30/25 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this *The 25th of February, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 152 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

   (1) **On or before April 11, 2025**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *April 30, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23462-GLT |
| William D. Smith | Chapter 13 |
| Christina M. Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 25, 2025 | Form ID: 604 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Smith, Christina M. Smith, 14 High Point Circle, Harrison City, PA 15636-1314 |
| cr | + | CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15116116 | | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15116117 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15116133 | | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 02:26:38 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:29:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 26 2025 03:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15116102 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:30:57 | American Express Macys, PO Box 78008, Phoenix, AZ 85062-8008 |
| 15133404 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:30:58 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 15133405 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 01:50:44 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15116103 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 02:03:17 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133411 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:30:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116104 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:50:14 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:29:52 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15135800 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 03:12:20 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15146343 | | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 01:51:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15116108 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 15153330 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:50:28 | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| | | Feb 26 2025 02:03:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15133422 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15133421 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15116114 | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2025 01:29:54 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133428 | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15133427 | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:33:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15153571 | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 03:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15120577 | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15116120 | Email/Text: collecadminbankruptcy@fnni.com | Feb 26 2025 03:34:00 | FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15125693 | Email/Text: collecadminbankruptcy@fnni.com | Feb 26 2025 03:34:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138764 | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 03:34:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 15133431 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2025 03:33:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15116119 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2025 03:33:00 | First National Bank, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116118 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2025 03:33:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116121 | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 03:34:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15116122 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 02:49:14 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15151085 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 03:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15116123 | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 03:33:00 | Kohl, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15133437 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 03:33:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15133436 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 03:33:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15149425 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:29:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15116124 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 15116125 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:29:52 | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15116126 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:51:06 | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15133440 | + Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 19-23462-GLT   Doc 158   Filed 02/27/25   Entered 02/28/25 00:29:55   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 604 | Total Noticed: 57 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 26 2025 03:33:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15116128 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 02:03:28 | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15116127 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2025 03:33:00 | Nation Star Mortgage, c/o Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15136626 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2025 03:33:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15116130 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:03:11 | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:50:15 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15153811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:49:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15116131 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 03:00:27 | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15152209 | ^ | MEBN | Feb 26 2025 00:17:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15116404 | ^ | MEBN | Feb 26 2025 00:17:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15133448 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 26 2025 03:34:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15133447 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 26 2025 03:34:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15136961 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 26 2025 03:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15116134 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 26 2025 03:34:00 | Toytota Financial Serivces, PO Box 5855, Carol Stream, IL 60197-5855 |
| 15146013 | | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 01:51:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Toyota Motor Credit Corporation |
| 15133406 | * | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133412 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133413 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133414 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116105 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116106 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116107 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133408 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133409 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133410 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15116109 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116110 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116111 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116112 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 604 | Total Noticed: 57 |

| | | |
|---|---|---|
| 15116113 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133415 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133416 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133417 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133418 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133419 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133420 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116115 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133423 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133424 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133425 | * | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15133426 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15133433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15133432 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15133429 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133430 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133434 | * | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15133435 | * | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15133438 | * | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15133439 | * | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15116129 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133441 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133442 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133443 | * | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509030 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15116132 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133444 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133445 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133446 | * | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 3 Undeliverable, 43 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Feb 25, 2025 | Form ID: 604 | Total Noticed: 57 |

    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Lauren M. Lamb
    on behalf of Joint Debtor Christina M. Smith
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor William D. Smith
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper
    matthew.fissel@brockandscott.com  wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com


TOTAL: 13