**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM D. SMITH<br>CHRISTINA M. SMITH<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>   vs.<br>No Respondents. | Case No.:19-23462<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| February 25, 2025 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/30/2019 and confirmed on 11/6/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 215,008.51 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 215,008.51 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,827.83 | |
|   Trustee Fee | 11,264.11 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 20,091.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 4,514.00 | 0.00 | 4,514.00 |
|     Acct: 0840 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 18,664.17 | 0.00 | 18,664.17 |
|     Acct: 8960 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 123,793.05 | 0.00 | 123,793.05 |
|     Acct: 9247 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 207.71 | 207.71 | 0.00 | 207.71 |
|     Acct: 9247 | | | | |
|   FORD MOTOR CREDIT CO LLC(*) | 5,607.74 | 5,607.74 | 299.86 | 5,907.60 |
|     Acct: 2851 | | | | |
|   TOYOTA MOTOR CREDIT CORPORATION | 0.00 | 34,001.40 | 0.00 | 34,001.40 |
|     Acct: 0101 | | | | |
| | | | | 187,087.93 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM D. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 5,427.83 | 5,427.83 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX3/25 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4720 | | | | |
|   CITIBANK NA** | 4,718.27 | 330.28 | 0.00 | 330.28 |
|     Acct: 3109 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 10,398.19 | 727.87 | 0.00 | 727.87 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1418 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,306.52 | 231.46 | 0.00 | 231.46 |
| | Acct: 3218 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,360.51 | 95.24 | 0.00 | 95.24 |
| | Acct: 9354 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,333.14 | 93.32 | 0.00 | 93.32 |
| | Acct: 9393 | | | | |
| | LVNV FUNDING LLC | 1,952.54 | 136.68 | 0.00 | 136.68 |
| | Acct: 2838 | | | | |
| | LVNV FUNDING LLC | 9,592.11 | 671.45 | 0.00 | 671.45 |
| | Acct: 4081 | | | | |
| | LVNV FUNDING LLC | 5,445.14 | 381.16 | 0.00 | 381.16 |
| | Acct: 7009 | | | | |
| | LVNV FUNDING LLC | 4,202.77 | 294.19 | 0.00 | 294.19 |
| | Acct: 1700 | | | | |
| | LVNV FUNDING LLC | 2,691.92 | 188.43 | 0.00 | 188.43 |
| | Acct: 3494 | | | | |
| | LVNV FUNDING LLC | 2,020.97 | 141.47 | 0.00 | 141.47 |
| | Acct: 5653 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2004 | | | | |
| | LVNV FUNDING LLC | 2,584.30 | 180.90 | 0.00 | 180.90 |
| | Acct: 0670 | | | | |
| | LVNV FUNDING LLC | 1,069.15 | 74.84 | 0.00 | 74.84 |
| | Acct: 6664 | | | | |
| | US DEPARTMENT OF EDUCATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1128 | | | | |
| | DISCOVER BANK(*) | 6,075.95 | 425.32 | 0.00 | 425.32 |
| | Acct: 9829 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9829 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 3,602.05 | 252.14 | 0.00 | 252.14 |
| | Acct: 5571 | | | | |
| | CITIBANK NA** | 3,281.19 | 229.68 | 0.00 | 229.68 |
| | Acct: 4051 | | | | |
| | CAPITAL ONE NA** | 2,602.01 | 182.14 | 0.00 | 182.14 |
| | Acct: 7337 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 2,498.48 | 174.89 | 0.00 | 174.89 |
| | Acct: 5779 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 3,413.41 | 238.94 | 0.00 | 238.94 |
| | Acct: 5420 | | | | |
| | CITIBANK NA** | 1,771.55 | 124.01 | 0.00 | 124.01 |
| | Acct: 9690 | | | | |
| | CITIBANK NA** | 2,781.43 | 194.70 | 0.00 | 194.70 |
| | Acct: 7557 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL( | 3,572.14 | 250.05 | 0.00 | 250.05 |
| | Acct: 2678 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 6,552.81 | 458.70 | 0.00 | 458.70 |
| | Acct: 4735 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 5,173.10 | 362.12 | 0.00 | 362.12 |
| | Acct: 5870 | | | | |
| | CITIBANK NA** | 16,016.69 | 1,121.17 | 0.00 | 1,121.17 |
| | Acct: 7879 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 99.17 | 6.94 | 0.00 | 6.94 |
| | Acct: 0001 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 3,722.10 | 260.55 | 0.00 | 260.55 |
| | Acct: 4720 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4735 | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: | | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | ADDED CREDITOR FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | ADDED CREDITOR FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 7,828.64 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 194,916.57 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 5,815.45 | |
| UNSECURED | 111,837.61 | |

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM D. SMITH
    CHRISTINA M. SMITH
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:19-23462

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William D. Smith  
Christina M. Smith  
    Debtors

Case No. 19-23462-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Feb 25, 2025      Form ID: pdf900      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | William D. Smith, Christina M. Smith, 14 High Point Circle, Harrison City, PA 15636-1314 |
| cr | + | CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15116116 | | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15116117 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15116133 | | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 02:03:33 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 02:49:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 26 2025 03:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15116102 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:50:37 | American Express Macys, PO Box 78008, Phoenix, AZ 85062-8008 |
| 15133404 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:29:58 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 15133405 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 02:26:14 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15116103 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 02:13:44 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133411 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:49:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116104 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:29:55 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:51:31 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15135800 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 02:13:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15146343 | | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 01:31:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15116108 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15153330 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 02:03:31 | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| | | | Feb 26 2025 01:30:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15133422 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15133421 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15116114 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2025 01:30:50 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133428 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15133427 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:33:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15153571 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 03:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15120577 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15116120 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 26 2025 03:34:00 | FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15125693 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 26 2025 03:34:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138764 | | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 03:34:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 15133431 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2025 03:33:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15116119 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2025 03:33:00 | First National Bank, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116118 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2025 03:33:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116121 | | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 03:34:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15116122 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:49:58 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15151085 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 03:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15116123 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 03:33:00 | Kohl, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15133437 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 03:33:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15133436 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 26 2025 03:33:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15149425 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:30:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15116124 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 15116125 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:03:35 | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15116126 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:29:49 | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15133440 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 19-23462-GLT   Doc 160   Filed 02/27/25   Entered 02/28/25 00:29:55   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 26 2025 03:33:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15116128 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:49:45 | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15116127 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2025 03:33:00 | Nation Star Mortgage, c/o Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15136626 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 26 2025 03:33:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15116130 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:49:56 | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 02:13:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15153811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:49:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15116131 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:30:47 | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15152209 | ^ | MEBN | Feb 26 2025 00:17:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15116404 | ^ | MEBN | Feb 26 2025 00:17:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15133448 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 26 2025 03:34:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15133447 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 26 2025 03:34:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15136961 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 26 2025 03:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15116134 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 26 2025 03:34:00 | Toytota Financial Serivces, PO Box 5855, Carol Stream, IL 60197-5855 |
| 15146013 | | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 02:03:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Toyota Motor Credit Corporation |
| 15133406 | * | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133412 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133413 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133414 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116105 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116106 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116107 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133408 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133409 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133410 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15116109 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116110 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116111 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116112 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| | | |
|---|---|---|
| 15116113 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133415 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133416 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133417 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133418 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133419 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133420 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116115 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133423 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133424 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133425 | * | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15133426 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15133433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15133432 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15133429 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133430 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133434 | * | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15133435 | * | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15133438 | * | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15133439 | * | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15116129 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133441 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133442 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133443 | * | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509030 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15116132 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133444 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133445 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133446 | * | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 3 Undeliverable, 43 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 57 |

    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Lauren M. Lamb

    on behalf of Joint Debtor Christina M. Smith
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb

    on behalf of Debtor William D. Smith
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Mario J. Hanyon

    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel

    on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper
    matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com


TOTAL: 13