IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William D. Smith and Christina M. Smith, | ) | Bankruptcy No. 19-23462 GLT |
| Debtors | ) | Chapter 13 |
| | ) | Document No. |
| William D. Smith and Christina M. Smith, | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.
2. The Debtors are not required to pay any Domestic Support Obligation.
3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.
4. On September 25, 2019, at docket numbers 15-16, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

March 1, 2025                                         /s/William D. Smith
Dated                                                         William D. Smith

March 1, 2025                                         /s/Christina M. Smith
Dated                                                         Christina M. Smith

March 11, 2025                                       /s/ Lauren M. Lamb
Date                                                           Lauren M. Lamb, Esquire
                                                                   Attorney for the Debtor
                                                                   STEIDL & STEINBERG
                                                                   436 Seventh Avenue
                                                                   Suite 322, Koppers Building
                                                                   Pittsburgh, PA 15219
                                                                   (412) 391-8000

PA I. D. No. 209201
llamb@steidl-steinberg.com