**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William D. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9873<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Christina M. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4410<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–23462–GLT

## Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   William D. Smith                                         Christina M. Smith
                                                                             aka Christie M. Smith

   <u>4/14/25</u>                                                                    **By the court:** <u>Gregory L Taddonio</u>
                                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23462-GLT |
| William D. Smith | Chapter 13 |
| Christina M. Smith | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Smith, Christina M. Smith, 14 High Point Circle, Harrison City, PA 15636-1314 |
| cr | + | CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15116116 | | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15116117 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15116133 | | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 15 2025 04:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 15 2025 04:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2025 01:09:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | EDI: PRA.COM | Apr 15 2025 04:46:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Apr 15 2025 04:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 15 2025 01:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15116102 | | EDI: CITICORP | Apr 15 2025 04:46:00 | American Express Macys, PO Box 78008, Phoenix, AZ 85062-8008 |
| 15133404 | + | EDI: CITICORP | Apr 15 2025 04:46:00 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 15133405 | + | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:42:41 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15116103 | | EDI: CITICORP | Apr 15 2025 04:46:00 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133411 | + | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116104 | | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One, PO Box 71083, Charlotte, NC |

Case 19-23462-GLT   Doc 168   Filed 04/16/25   Entered 04/17/25 00:29:37   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15133407 | + | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15135800 | | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15146343 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:42:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15116108 | | EDI: CITICORP | Apr 15 2025 04:46:00 | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15153330 | | EDI: CITICORP | Apr 15 2025 04:46:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15133422 | + | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15133421 | + | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15116114 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2025 01:20:49 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133428 | | EDI: DISCOVER | Apr 15 2025 04:46:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15133427 | | EDI: DISCOVER | Apr 15 2025 04:46:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15153571 | | EDI: Q3G.COM | Apr 15 2025 04:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15120577 | | EDI: DISCOVER | Apr 15 2025 04:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15116120 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 15 2025 01:09:00 | FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15125693 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 15 2025 01:09:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138764 | | Email/Text: EBNBKNOT@ford.com | Apr 15 2025 01:11:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 15133431 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2025 01:09:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15116119 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2025 01:09:00 | First National Bank, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116118 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2025 01:09:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116121 | | Email/Text: EBNBKNOT@ford.com | Apr 15 2025 01:11:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15116122 | | EDI: CITICORP | Apr 15 2025 04:46:00 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15151085 | | EDI: JEFFERSONCAP.COM | Apr 15 2025 04:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15116123 | | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Kohl, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15133437 | + | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15133436 | + | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15149425 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-23462-GLT   Doc 168   Filed 04/16/25   Entered 04/17/25 00:29:37   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 15 2025 01:20:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15116124 | | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 15116125 | | EDI: SYNC | Apr 15 2025 04:46:00 | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15116126 | | EDI: SYNC | Apr 15 2025 04:46:00 | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15133440 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15116128 | | EDI: CITICORP | Apr 15 2025 04:46:00 | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15116127 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Nation Star Mortgage, c/o Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15136626 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15116130 | | EDI: SYNC | Apr 15 2025 04:46:00 | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509018 | | EDI: PRA.COM | Apr 15 2025 04:46:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15153811 | | EDI: PRA.COM | Apr 15 2025 04:46:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15116131 | | EDI: SYNC | Apr 15 2025 04:46:00 | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15152209 | | ^ MEBN | Apr 15 2025 01:09:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15116404 | | ^ MEBN | Apr 15 2025 01:09:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15133448 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 15 2025 01:10:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15133447 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 15 2025 01:10:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15136961 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 15 2025 01:09:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15116134 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 15 2025 01:10:00 | Toytota Financial Serivces, PO Box 5855, Carol Stream, IL 60197-5855 |
| 15146013 | | EDI: AIS.COM | Apr 15 2025 04:46:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Toyota Motor Credit Corporation |
| 15133406 | * | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133412 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133413 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133414 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 60 |

| | | |
|---|---|---|
| 15116105 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116106 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116107 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133408 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133409 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133410 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15116109 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116110 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116111 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116112 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116113 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133415 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133416 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133417 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133418 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133419 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133420 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116115 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133423 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133424 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133425 | * | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15133426 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15133433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15133432 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15133429 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133430 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133434 | * | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15133435 | * | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15133438 | * | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15133439 | * | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15116129 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133441 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133442 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133443 | * | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509030 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15116132 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133444 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133445 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133446 | * | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 3 Undeliverable, 43 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 60 |

**Name**     **Email Address**

Christopher A. DeNardo
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
    on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Lauren M. Lamb
    on behalf of Joint Debtor Christina M. Smith
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor William D. Smith
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper
    matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 13