**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM D. SMITH
    CHRISTINA M. SMITH
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:19-23462

Chapter 13

Related to Docket No. 152

ORDER OF COURT

  AND NOW, this __ 14th Day of April, 2025 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 19-23462-GLT |
|---|---|---|
| William D. Smith | | Chapter 13 |
| Christina M. Smith | | |
| Debtors | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William D. Smith, Christina M. Smith, 14 High Point Circle, Harrison City, PA 15636-1314 |
| cr | + | CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15116116 | | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15116117 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15116133 | | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2025 01:09:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:20:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:32:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 15 2025 01:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15116102 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:20:54 | American Express Macys, PO Box 78008, Phoenix, AZ 85062-8008 |
| 15133404 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:42:10 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 15133405 | + | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:20:20 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15116103 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:19:34 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133411 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 02:25:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116104 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:53:05 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:53:44 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15135800 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 02:25:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15146343 | | Email/PDF: bncnotices@becket-lee.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| | | Apr 15 2025 01:19:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15116108 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 15 2025 01:20:54 | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15153330 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 15 2025 01:20:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15133422 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 15 2025 01:10:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15133421 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 15 2025 01:10:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 15116114 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 15 2025 01:20:46 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133428 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 15 2025 01:09:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15133427 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 15 2025 01:09:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15153571 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 15 2025 01:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15120577 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 15 2025 01:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15116120 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Apr 15 2025 01:09:00 | FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15125693 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Apr 15 2025 01:09:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138764 | Email/Text: EBNBKNOT@ford.com | | |
| | | Apr 15 2025 01:11:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 15133431 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Apr 15 2025 01:09:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15116119 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Apr 15 2025 01:09:00 | First National Bank, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116118 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Apr 15 2025 01:09:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116121 | Email/Text: EBNBKNOT@ford.com | | |
| | | Apr 15 2025 01:11:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15116122 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 15 2025 01:31:11 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15151085 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Apr 15 2025 01:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15116123 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 15 2025 01:31:44 | Kohl, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15133437 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 15 2025 01:31:29 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15133436 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 15 2025 02:25:40 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15149425 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 15 2025 01:31:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15116124 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 15 2025 01:10:00 | Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 15116125 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 15 2025 01:53:18 | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15116126 | Email/PDF: ais.sync.ebn@aisinfo.com | | |

District/off: 0315-2

Date Rcvd: Apr 14, 2025

User: auto

Form ID: pdf900

Page 3 of 5

Total Noticed: 58

| | | Apr 15 2025 01:53:42 | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
|---|---|---|---|
| 15133440 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15116128 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:20:54 | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15116127 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Nation Star Mortgage, c/o Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15136626 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15116130 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:31:12 | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509018 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:31:20 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15153811 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:20:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15116131 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:38 | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15152209 | ^ MEBN | Apr 15 2025 01:09:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15116404 | ^ MEBN | Apr 15 2025 01:09:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15133448 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 15 2025 01:10:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15133447 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 15 2025 01:10:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 15136961 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 15 2025 01:09:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15116134 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 15 2025 01:10:00 | Toytota Financial Serivces, PO Box 5855, Carol Stream, IL 60197-5855 |
| 15146013 | Email/PDF: ebn_ais@aisinfo.com | Apr 15 2025 01:31:19 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Toyota Motor Credit Corporation |
| 15133406 | * | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 15133412 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133413 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15133414 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15116105 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15116106 | * | Capital One, PO Doc 71083, Charlotte, NC 28272-1083 |
| 15116107 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15133408 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133409 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15133410 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15116109 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116110 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |

District/off: 0315-2            User: auto            Page 4 of 5

Date Rcvd: Apr 14, 2025            Form ID: pdf900            Total Noticed: 58

| | | |
|---|---|---|
| 15116111 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116112 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116113 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133415 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133416 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133417 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133418 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133419 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15133420 | * | Citi Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15116115 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133423 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133424 | * | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15133425 | * | Department of Education, Fedloan Servicing, PO Box 790234, Saint Louis, MO 63179-0234 |
| 15133426 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 15133433 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15133432 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15133429 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133430 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15133434 | * | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 15133435 | * | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15133438 | * | Levin, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15133439 | * | Lowes, c/o Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15116129 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133441 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133442 | * | NTB Credit Plan, PO Box 9001006, Louisville, KY 40290-1006 |
| 15133443 | * | Old Navy, c/o Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15509030 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15116132 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133444 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133445 | * | Paypal, PO Box 71202, Charlotte, NC 28272-1202 |
| 15133446 | * | Sears CBNA, PO Box 90010055, Louisville, KY 40290-1055 |

TOTAL: 3 Undeliverable, 43 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| David W. Raphael | |
| | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | |
| | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |

District/off: 0315-2                          User: auto                                    Page 5 of 5

Date Rcvd: Apr 14, 2025                        Form ID: pdf900                              Total Noticed: 58

Keri P. Ebeck
        on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
        btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Lauren M. Lamb
        on behalf of Joint Debtor Christina M. Smith
        julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
        rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
        on behalf of Debtor William D. Smith
        julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
        rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Mario J. Hanyon
        on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel
        on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper
        matthew.fissel@brockandscott.com  wbecf@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
        on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com


TOTAL: 13